JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEPTUNE PRODUCTIONS, INC., <br>     Plaintiff, <br> v. <br> HARTFORD FIRE INSURANCE CO., <br>     Defendant. | Case No. CV 22-582-DMG (RAOx) <br><br> **JUDGMENT** |

    This Court having granted Defendant's motion to dismiss with prejudice on September 30, 2022,

    IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Hartford Fire Insurance Co. and against Neptune Productions, Inc.

DATED: September 30, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-